**GREENBERG TRAURIG, LLP**
VINCENT H. CHIEFFO
*Pro Hac Vice Forthcoming*
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 586-7700
Email: chieffov@gtlaw.com

MARK E. FERRARIO
Nevada Bar No. 1625
JASON K. HICKS
Nevada Bar No. 13149
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Fax:        (702) 792-9002
Email: ferrariom@gtlaw.com
       hicksja@gtlaw.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. FLYNN, WILLIAM SHERIDAN, MICHAEL TABB, and PHILIP STILLMAN,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL LOVE, an individual; and JACQUELINE LOVE, an individual, and DOES 1-10<br><br>Defendants. | Case No.: 3:19-cv-239-MMD-CBC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>(First Request) |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Page **1** of **3**

ACTIVE 45557736v2

IT IS HEREBY STIPULATED AND REQUESTED by and between Plaintiffs Michael J. Flynn, William Sheridan, Michael Tabb, and Philip Stillman, proceeding in *pro se*, and Defendants Michael Love and Jacquelyne Love[1], through their counsel of record, Greenberg Traurig, LLP, and pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, that the Court extend the deadline for Defendants to respond to Plaintiffs' First Amended Complaint by 30 days, up to, and including, **October 25, 2019**. This stipulation is made and based upon the following.

1. Plaintiffs filed their original Complaint on May 10, 2019, listing Jacqueline Love, only, as a Defendant. ECF No. 1.

2. Plaintiffs then filed their First Amended Complaint on July 25, 2019, listing both Jacqueline Love and Michael Love as Defendants. ECF No. 5.

3. Defendants waived service of the First Amended Complaint and proof of the same was filed on August 6, 2019. ECF Nos. 7, 8. The due date for Defendants' Answer or responsive pleading was set by the Court for September 26, 2019. *Id.*

4. Simultaneously, the parties are proceeding with non-binding arbitration in front of the San Diego County Bar Association ("SDCBA"). An arbitration panel has not been selected or assigned and an arbitration date is not yet set.

5. As both Michael Love and Jacquelyne Love will be present at the non-binding arbitration, which may narrow the issues of dispute between the parties, the parties hereby stipulate and request that the Court extend the deadline for Defendants to file their Answer or other responsive pleading to October 25, 2019. The parties are hopeful that this extension will provide them an opportunity to proceed to arbitration before the SDCBA and settle the matter without the necessity for litigation.

/ / /
/ / /
/ / /
/ / /
/ / /

---

[1] Incorrectly named as Jacqueline Love.

ACTIVE 45557736v2

6. This is the first request for an extension of time to respond by Defendants, and it is made in good faith and not for purposes of delay.

Dated this 13th day of September 2019.   Dated this 13th day of September 2019.

/s/ Michael Tabb
MICHAEL J. FLYNN, ESQ.
WILLIAM SHERIDAN, ESQ.
MICHAEL TABB, ESQ.
PHILIP STILLMAN, ESQ.

*Plaintiffs in pro se*

/s/ Jason Hicks
VINCENT H. CHIEFFO, ESQ.
*Pro Hac Vice Forthcoming*
MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
JASON K. HICKS, ESQ.
Nevada Bar No. 13149
*Counsel for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
Dated this _____ day of September 2019.

ACTIVE 45557736v2