UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL J. FLYNN, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> MICHAEL LOVE, *et al.*, <br><br> Defendants. | Case No. 3:19-cv-00239-MMD-CLB <br><br> ORDER |

Plaintiffs William Sheridan and Michael Tabb, among others, brought this contractual dispute in early May 2019. (ECF Nos. 1, 5 (First Amended Complaint).) Defendants have yet to file an answer to the operative complaint nor have they moved for summary judgment. (*See also* ECF No. 19.) Sheridan and Tabb presently move to voluntarily dismiss their claims against all Defendants without prejudice. (ECF Nos. 20, 21.) The Court will grant their motions.

Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court grants Sheridan and Tabb's motions to voluntarily dismiss this action because no responsive pleading has been filed in this case. As such, the Court dismisses their claims without prejudice.

///

///

///

///

///

///

It is therefore ordered that Plaintiffs William Sheridan and Michael Tabb's motions for voluntary dismissal (ECF Nos. 20, 21) are granted. Sheridan and Tabb's claims against Defendants are dismissed without prejudice.

DATED THIS 12th day of December 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE