**GREENBERG TRAURIG, LLP**
MARK E. FERRARIO
Nevada Bar No. 1625
JASON K. HICKS
Nevada Bar No. 13149
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: 702-792-3773
Facsimile: 702-792-9002
Email: ferrariom@gtlaw.com
      hicksja@gtlaw.com

VINCENT H. CHIEFFO
*Admitted Pro Hac Vice*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 310-586-7700
Facsimile: 310-586-7800
Email: chieffov@gtlaw.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. FLYNN, WILLIAM SHERIDAN, MICHAEL TABB, and PHILIP STILLMAN,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL E. LOVE, an individual; JACQUELINE LOVE, an individual; MICHAEL E. LOVE as TRUSTEE OF THE MICHAEL LOVE FAMILY TRUST; MELECO, INC., a Nevada corporation; and DOES 1-10<br><br>Defendants. | Case No.: 3:19-cv-239-MMD-CBC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE(S)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Michael J. Flynn and Philip Stillman ("Plaintiffs") and all Defendants Michael E. Love, Jacqueline Love, Michael E. Love as Trustee of the Michael Love Family Trust and Meleco, Inc. ("Defendants"), by and through their counsel of record, the law firm of Greenberg Traurig, LLP, as follows:

1. On December 19, 2019, Plaintiffs filed a Motion to Disqualify Counsel and Request for Evidentiary Hearing [ECF 23];
2. The deadline for Defendants to respond to ECF 23 is January 2, 2020;
3. On December 20, 2019, Defendants filed a Motion to Strike Portions of Plaintiffs' Second Amended Complaint [ECF 24];
4. The deadline for Plaintiffs to respond to ECF 24 is January 3, 2020;
5. On December 24, 2019, Defendants filed their Motion to Dismiss the Second Amended Complaint [ECF 25];
6. The deadline for Defendants to respond to ECF 25 is January 7, 2020;
7. Plaintiffs anticipate filing a motion for partial summary judgment during the week of December 23, 2019;
8. Because of the need to review and analyze the motions and due to the holidays, the parties have agreed to an extension of time to file responses to the aforementioned motions;
9. Defendants' deadline to file their response to the motion to disqualify [ECF 23] is extended to January 20, 2020;
10. Plaintiffs' deadline to file their responses to the motion to strike and motion to dismiss [ECF 24 and 25] is extended to January 23, 2020;

/ / /

/ / /

/ / /

/ / /

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
(702) 792-3773
(702) 792-9002 (fax)

ACTIVE 47794651v1

11. Defendants will have 30 days from the time Plaintiffs file their motion for partial summary judgment to file a response.

**IT IS SO STIPULATED.**

DATED this 26th day of December, 2019

**GREENBERG TRAURIG, LLP**

By: */s/ Mark E. Ferrario*
MARK E. FERRARIO
Nevada Bar No. 1625
JASON K. HICKS
Nevada Bar No. 13149
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

VINCENT H. CHIEFFO
*Admitted Pro Hac Vice*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
*Attorneys for Defendants*

DATED this 26th day of December, 2019

By: */s/ Michael J. Flynn*
MICHAEL J. FLYNN, Esq.,
P.O. Box 690
Rancho Santa Fe, CA 92067
*Pro Se Plaintiff*

By: */s/ Philip H. Stillman*
Philip H. Stillman, Esq.
3015 North Bay Road, Suite B
Miami Beach, FL 33140
*Pro Se Plaintiff*

**IT IS SO ORDERED** this 6th day of January, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE