1 | **GREENBERG TRAURIG, LLP**
MARK E. FERRARIO
Nevada Bar No. 1625
JASON K. HICKS
Nevada Bar No. 13149
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone:  702-792-3773
Facsimile:   702-792-9002
Email: ferrariom@gtlaw.com
           hicksja@gtlaw.com

VINCENT H. CHIEFFO
*Admitted Pro Hac Vice*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 310-586-7700
Facsimile:  310-586-7800
Email: chieffov@gtlaw.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL J. FLYNN, and PHILIP STILLMAN,<br><br>            Plaintiffs,<br><br>       v.<br><br>MICHAEL E. LOVE, an individual; JACQUELINE LOVE, an individual; MICHAEL E. LOVE as TRUSTEE OF THE MICHAEL LOVE FAMILY TRUST; MELECO, INC., a Nevada corporation; and DOES 1-10<br><br>            Defendants. | Case No.:  3:19-cv-239-MMD-CLB<br><br>**STIPULATION AND PROPOSED ORDER TO ALLOW PLAINTIFFS TO FILE A THIRD AMENDED COMPLAINT AND TO SET RESPONSE DEADLINE** |

Plaintiffs Michael J. Flynn and Philip Stillman ("Plaintiffs"), appearing *pro se*, and Defendants Michael Love, individually and as trustee of the Michael Love Family Trust, Jacquelyne Love[1], and Meleco, Inc. (collectively, "Defendants") by and through their attorneys of

---
[1] Incorrectly sued as "Jacqueline" Love.

Page **1** of **2**

1  record, the law firm Greenberg Traurig, LLP, hereby stipulate and request that Plaintiffs be
2  permitted to file the Proposed Third Amended Complaint attached hereto as Exhibit A within three
3  (3) business days of the Court's entry of this stipulation and order. In so stipulating, Defendants
4  expressly reserve all available rights, remedies, and defenses to all claims and allegations set forth
5  in Plaintiffs' Proposed Third Amended Complaint, whether at law, in equity, pursuant the Federal
6  Rules of Civil Procedure, or from any other source. The parties further stipulate and request that
7  Defendants have thirty (30) days from the date upon which Plaintiffs file the Proposed Third
8  Amended Complaint by which to file their Answer or other response.

9      IT IS SO STIPULATED.

10  DATED this 30th day of June 2020.      DATED this 30th day of June 2020.

11      **GREENBERG TRAURIG, LLP**

12

13  */s/ Philip Stillman*      */s/ Jason K. Hicks*
MICHAEL J. FLYNN, ESQ.      MARK E. FERRARIO
*Appearing Pro Se*      Nevada Bar No. 1625
14  PHILIP STILLMAN, ESQ.      JASON K. HICKS, ESQ.
*Appearing Pro Se*      Nevada Bar No. 13149
15      VINCENT H. CHIEFFO
*Plaintiffs*      *Admitted Pro Hac Vice*
16
17      *Attorneys for Defendants*

18
19
20      **IT IS SO ORDERED.**
21
22      UNITED STATES MAGISTRATE JUDGE
23      Dated this 1st day of ___July___ 2020.
24
25
26
27
28