Michael J. Flynn, Esq., *pro se*
PO Box 690
Rancho Santa Fe CA, 92067
Tel: (858) 775-7624
Email: mike@mjfesq.com

Philip H. Stillman, Esq., *pro se*
3015 North Bay Road, Suite B
Miami Beach, FL  33140
Tel: (888) 235-4279
Email: pstillman@stillmanassociates.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL J. FLYNN and PHILIP STILLMAN<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL E. LOVE, an individual; and JACQUELYNE LOVE, an individual; MICHAEL E. LOVE as TRUSTEE OF THE MICHAEL LOVE FAMILY TRUST; MELECO, INC., a Nevada corporation; and DOES 1-10,<br><br>Defendants. | Case No.: 3:19-cv-00239- MMD-CLB<br><br>**STIPULATION EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO MOTION TO DISMISS THIRD AMENDED COMPLAINT AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED AND REQUESTED by and between Plaintiffs Michael J. Flynn and Philip Stillman, proceeding in *pro se*, and Defendants Michael Love, Jacquelyne Love, Michael E. Love As Trustee Of The Michael Love Family Trust and Meleco, Inc., through their counsel of record, Greenberg Traurig, LLP, and pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, that the Court extend the deadline for Plaintiffs to respond to the Motion to Dismiss the Third Amended Complaint as follows:

1. Defendants filed their Motion to Dismiss portions of the Third Amended Complaint on August 3, 2020. By Order dated August 4, 2020, Plaintiffs were notified that their response was due 14 days from the date of the Order, *i.e.*, August 18, 2020.

2. Plaintiffs have requested an extension of one week within which to file their Opposition to the Motion to dismiss, from August 18 to August 25.

3. Defendants have no objection to this short extension and so stipulate that Plaintiffs shall have until August 25 to file their response to the Motion to Dismiss the Third Amended Complaint.

4. This is the first request for an extension of time to respond by Plaintiffs, and it is made in good faith and not for purposes of delay.

Dated this 13th day of August, 2020.                Dated this ___ day of August, 2020.

*/s/ Philip H. Stillman*                             */s/ Mark Ferrario*
PHILIP STILLMAN, ESQ.                                VINCENT H. CHIEFFO, ESQ.
MICHAEL J. FLYNN, ESQ.                               *Admitted Pro Hac Vice*
*Plaintiffs in pro se*                               MARK E. FERRARIO, ESQ.
                                                     Nevada Bar No. 1625
                                                     JASON K. HICKS, ESQ.
                                                     Nevada Bar No. 13149
                                                     *Counsel for Defendants*

**IT IS SO ORDERED**.

_____
UNITED STATES JUDGE

Dated this 14th day of August, 2020.