**GREENBERG TRAURIG, LLP**
MARK E. FERRARIO
Nevada Bar No. 1625
JASON K. HICKS
Nevada Bar No. 13149
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone:  702-792-3773
Facsimile:   702-792-9002
Email: ferrariom@gtlaw.com
         hicksja@gtlaw.com

VINCENT H. CHIEFFO
*Admitted Pro Hac Vice*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 310-586-7700
Facsimile:  310-586-7800
Email: chieffov@gtlaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. FLYNN, and PHILIP STILLMAN, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL E. LOVE, an individual; JACQUELYNE LOVE, an individual; MICHAEL E. LOVE as TRUSTEE OF THE MICHAEL LOVE FAMILY TRUST; MELECO, INC., a Nevada corporation; and DOES 1-10 <br><br> Defendants. | Case No.:  3:19-cv-239-MMD-CLB <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION TO DISMISS [ECF 67]** <br><br> *First Request* |

Plaintiffs Michael J. Flynn and Philip Stillman ("Plaintiffs"), appearing *pro se*, and Defendants Michael Love, individually and as trustee of the Michael Love Family Trust, Jacquelyne Love, and Meleco, Inc. (collectively, "Defendants") by and through their attorneys of record, the law firm Greenberg Traurig, LLP, hereby stipulate and request that the Court extend the

Page **1** of **2**

ACTIVE 52290841v1

deadline by which Defendants must file their Reply in support of their Motion to Dismiss (ECF No. 67) by one week, making the deadline **September 8, 2020**. This stipulation is made and based upon the following.

1. Defendants filed their Motion to Dismiss portions of Plaintiffs' Third Amended Complaint on August 3, 2020. ECF No. 67.

2. The parties stipulated that Plaintiffs Opposition in response would be due August 25, 2020.

3. Defendants request an extension of one week by which to file their Reply in support.

4. Plaintiffs have no objection to this short extension, and so stipulate that Defendants shall have until **September 8, 2020** by which to file their Reply in support of their Motion to Dismiss.

5. This is the first request for an extension of time to file the Reply, and it is made in good faith and not for purposes of delay.

DATED this 31st day of August 2020.

/s/ Michael Flynn
MICHAEL J. FLYNN, ESQ.
*Appearing Pro Se*
PHILIP STILLMAN, ESQ.
*Appearing Pro Se*

*Plaintiffs*

DATED this 31st day of August 2020.

**GREENBERG TRAURIG, LLP**

/s/ Jason Hicks
MARK E. FERRARIO
Nevada Bar No. 1625
JASON K. HICKS, ESQ.
Nevada Bar No. 13149
VINCENT H. CHIEFFO
*Admitted Pro Hac Vice*

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated this  31st  day of  August   2020.