MARK E. FERRARIO
GREENBERG TRAURIG, LLP
Nevada Bar No. 1625
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: 702-792-3773
Facsimile: 702-792-9002
Email: Ferrariom@gtlaw.com

MICHAEL MCNAMARA
*Pro Hac Vice Admission Pending*
JOHN R. STORINO
*Pro Hac Vice Admission Pending*
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone: 213-239-5100
Facsimile:  213-239-5199
Email: Mcnamara@jenner.com

*Attorneys for Greenberg Traurig, LLP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. FLYNN and PHILIP STILLMAN, | Case No.: 3:19-cv-239-MMD-CBC |
| Plaintiffs, | **MICHAEL MCNAMARA AND JOHN STORINO'S MOTION TO WITHDRAW AS COUNSEL TO GREENBERG TRAURIG, LLP** |
| v. | |
| MICHAEL E. LOVE, an individual; JACQUELINE LOVE, an individual; MICHAEL E. LOVE as TRUSTEE OF THE MICHAEL LOVE FAMILY TRUST; MELECO, INC., a Nevada corporation; and DOES 1-10 | |
| Defendants. | |

Pursuant to District of Nevada Local Rule of Practice ("LR") IA 11-6, attorneys Michael McNamara and John Storino respectfully request that this Court enter an order withdrawing them as counsel to Greenberg Traurig, LLP in this matter. In support of this motion, Mr. McNamara and Mr. Storino state as follows:

      1.     Mr. McNamara and M. Storino are attorneys with the law firm Jenner & Block LLP.

1

2. On July 8, 2020, Mr. McNamara and Mr. Storino moved to practice *pro hac vice* before this Court for purposes of representing Greenberg Traurig, LLP ("Greenberg Traurig") regarding Plaintiffs' motion to disqualify Greenberg Traurig as counsel to Defendants. ECF Nos. 52-53. The Court granted both motions to practice *pro hac vice*. ECF Nos. 54-55.

3. On July 31, 2020, this Court denied Plaintiffs' motion to disqualify Greenberg Traurig as counsel to Defendants. ECF No. 66.

4. As their representation of Greenberg Traurig is now complete, Mr. McNamara and Mr. Storino respectfully request that this Court enter an order pursuant to LR IA 11-6 withdrawing them as counsel to Greenberg Traurig.

5. Greenberg Traurig consents to Mr. McNamara and Mr. Storino's withdrawal as counsel.

Respectfully submitted,

Dated: September 24, 2020

/s/ Michael McNamara

MICHAEL MCNAMARA
*Pro Hac Vice Admission Pending*
JOHN R. STORINO
*Pro Hac Vice Admission Pending*
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone: 213-239-5100
Facsimile: 213-239-5199
Email: Mmcnamara@jenner.com

*Attorneys for Greenberg Traurig, LLP*

IT IS SO ORDERED.

Dated: September 25, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that a copy of the foregoing **MICHAEL MCNAMARA AND JOHN STORINO'S MOTION TO WITHDRAW AS COUNSEL TO GREENBERG TRAURIG, LLP** was filed electronically via the Court's CM/ECF system and served on all parties of record who have made an appearance in this case and are registered for participation in CM/ECF on this date.

Dated this 24th day of September, 2020.

                                */s/ John Storino*
                                Attorney for Greenberg Traurig, LLP