UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL FLYNN, et al.,             Case No. 3:19-CV-0239-MMD-CLB

        Plaintiffs,                   **ORDER**

    v.

MICHAEL LOVE, et al.,

        Defendants.
_____/

The court has reviewed the parties' case management reports (ECF No. 99 & 100). Discovery shall remain STAYED for an additional ninety days until **Monday, February 15, 2021** or until the conclusion of the arbitration, whichever is earlier. The case management conferences set for November 23, 2020 and December 17, 2020 are hereby VACATED. The case management conference set for January 20, 2021 shall remain on calendar.

IT IS SO ORDERED.

DATED: November 17, 2020

_____
UNITED STATES MAGISTRATE JUDGE