**GREENBERG TRAURIG, LLP**
MARK E. FERRARIO
Nevada Bar No. 1625
JASON K. HICKS
Nevada Bar No. 13149
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: 702-792-3773
Facsimile: 702-792-9002
Email: ferrariom@gtlaw.com
  hicksja@gtlaw.com

VINCENT H. CHIEFFO
*Admitted Pro Hac Vice*
JULIANNA M. SIMON
*Admitted Pro Hac Vice*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 310-586-7700
Facsimile: 310-586-7800
Email: chieffov@gtlaw.com
  simonju@gtlaw.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. FLYNN, and PHILIP STILLMAN,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MICHAEL E. LOVE, an individual; JACQUELYNE LOVE, an individual; MICHAEL E. LOVE as TRUSTEE OF THE MICHAEL LOVE FAMILY TRUST; MELECO, INC., a Nevada corporation; and DOES 1-10<br><br>　　　　　Defendants. | Case No.: 3:19-cv-239-MMD-CLB<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANTS TO FILE A MOTION REGARDING PLAINTIFFS' ASSERTION OF PRIVILEGE**<br><br>*FIRST REQUEST* |

　　　　Plaintiffs Michael J. Flynn and Philip Stillman ("Plaintiffs"), appearing *pro se*, and Defendants Michael Love, individually and as trustee of the Michael Love Family Trust, Jacquelyne Love, and Meleco, Inc. (collectively, "Defendants") by and through their attorneys of

Page **1** of **2**

ACTIVE 59273191v1

record, the law firm Greenberg Traurig, LLP, hereby stipulate and request that Defendants' have up to, and including, August 27, 2021 by which to file any motion regarding Plaintiffs' assertion of privilege. This stipulation is made and based upon the following:

1. At the June 28, 2021 case management conference, the Court addressed Plaintiffs' assertion of privilege over certain documents and communications and the corresponding privilege log requirements. In particular, the Court ordered plaintiffs to provide said log no later than July 29, 2021 and Defendants to file any motion challenging the same within 14 days of receipt. ECF No. 150 at pg. 2 (Order).

2. Mr. Stillman has provided a log, however the parties are working through issues concerning its readability and hope to resolve those without Court intervention.

3. Accordingly, the parties hereby stipulate and request that the time by which Defendants must file a motion, if any, regarding Plaintiffs' assertion of privilege and attendant log be extended to **August 27, 2021**.

4. This is the first request for an extension of time and is made in good faith, not for purposes of delay.

IT IS SO STIPULATED.

Dated this 10th day of August 2021.

 /s/ Philip Stillman
MICHAEL J. FLYNN, ESQ.
*Appearing Pro Se*
PHILIP STILLMAN, ESQ.
*Appearing Pro Se*

*Plaintiffs*

Dated this 10th day of August 2021.

**GREENBERG TRAURIG, LLP**

 /s/ Jason Hicks
MARK E. FERRARIO
Nevada Bar No. 1625
JASON K. HICKS, ESQ.
Nevada Bar No. 13149
VINCENT H. CHIEFFO
*Admitted Pro Hac Vice*

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated this __11th__ day of __August__ 2021.

Page **2** of **2**

ACTIVE 59273191v1