Philip H. Stillman (SBN 156861)
STILLMAN & ASSOCIATES
3015 North Bay Rd., Ste. B
Miami Beach, Florida 33140
Telephone: (888) 235-4279
Email: pstillman@stillmanassociates.com

Michael J. Flynn, Esq., *pro se*
PO Box 690
Rancho Santa Fe CA, 92067
Tel: (858) 775-7624
Email: mike@mjfesq.com

In *pro per*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. FLYNN and PHILIP STILLMAN,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>MICHAEL E. LOVE, an individual; and JACQUELINE LOVE, an individual; MICHAEL E. LOVE as TRUSTEE OF THE MICHAEL LOVE FAMILY TRUST; MELECO, INC., a Nevada corporation; and DOES 1-10,<br><br>　　　　　　　　　Defendants. | Case No. 3:19-cv-00239-MMD-CLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENTION OF TIME TO SUBMIT REVISED PRIVILEGE LOGS** |

WHEREAS the Court has confirmed [ECF No. 246], the Order [ECF No. 192] of the Magistrate Judge that Plaintiffs must submit revised privilege logs setting both the claims of attorney client and work product privilege for conversations among Plaintiffs and their former partners who were former Plaintiffs in this action, and

WHEREAS such revised privilege logs are due to be submitted to counsel for Defendants on or before August 5, 2022, and

WHEREAS Plaintiffs have requested an extension of time to submit such revised privilege logs to counsel for Defendants until August 19, 2022.

NOW THEREFORE IT IS STIPULATED by and between the parties through their attorneys of record that the time for submission to counsel for Defendants of revised privilege logs is hereby extended to 11:59 p.m. on August 19, 2022.

**IT IS SO STIPULATED.**

STILLMAN & ASSOCIATES

By: _____
Philip H. Stillman
Attorney for Plaintiffs

MICHAEL J. FLYNN, ESQ.

By:  *Michael J.Flynn*_____
Michael J. Flynn, *pro se*

DATED this 2nd day of August, 2022.

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

/s/ *Vincent H. Chieffo*
VINCENT H. CHIEFFO, ESQ.
MARK E. FERRARIO, ESQ.
JASON K. HICKS, ESQ.
*Attorneys for Defendants*

2
STILUPLATION FOR EXTENSION OF TIME TO SUBMIT REVISED PRIVILEGE LOGS

*ORDER ON STIPULATION TO CONTINUE*

**IT IS SO ORDERED.**

DATED this  4th  day of  August              , 2022.

_____
UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

I, the undersigned, certify under penalty of perjury that on August 3, 2022, or as soon thereafter as possible, copies of the foregoing Stipulation was served electronically by the Court's ECF system to all parties and their attorneys of record or other persons requesting or entitled to service of filings in this proceeding.

*Philip H. Stillman*_____
Philip H. Stillman *pro se*