Philip H. Stillman (SBN 156861)
STILLMAN & ASSOCIATES
3015 North Bay Rd., Ste. B
Miami Beach, Florida 33140
Telephone: (888) 235-4279
Email: pstillman@stillmanassociates.com

Michael J. Flynn, Esq., *pro se*
PO Box 690
Rancho Santa Fe CA, 92067
Tel: (858) 775-7624
Email: mike@mjfesq.com

In *pro per*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. FLYNN and PHILIP STILLMAN,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>MICHAEL E. LOVE, an individual; and JACQUELINE LOVE, an individual; MICHAEL E. LOVE as TRUSTEE OF THE MICHAEL LOVE FAMILY TRUST; MELECO, INC., a Nevada corporation; and DOES 1-10,<br><br>　　　　　　　　　Defendants. | Case No. 3:19-cv-00239- MMD-CLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO SUBMIT REVISED PRIVILEGE LOG** |

WHEREAS the Court has confirmed [ECF No. 246], the Order [ECF No. 192] of the Magistrate Judge that Plaintiff must submit revised privilege log setting both the claims of attorney client and work product privilege for conversations among Plaintiffs and their former partners who were former Plaintiffs in this action, and

WHEREAS such revised privilege log is due to be submitted to counsel for Defendants on or before August 19, 2022, and

WHEREAS Plaintiff Philip Stillman has requested an extension of time to submit such revised privilege log to counsel for Defendants until September 2, 2022.

NOW THEREFORE IT IS STIPULATED by and between the parties through their attorneys of record that the time for submission to counsel for Defendants of the revised privilege log is hereby extended to 11:59 p.m. on September 2, 2022.

**IT IS SO STIPULATED.**

STILLMAN & ASSOCIATES

By: _____
Philip H. Stillman
Attorney for Plaintiffs

DATED this 18th day of August, 2022.

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

/s/ *Vincent H. Chieffo*
VINCENT H. CHIEFFO, ESQ.
MARK E. FERRARIO, ESQ.
JASON K. HICKS, ESQ.
*Attorneys for Defendants*

*ORDER ON STIPULATION TO CONTINUE*

Accordingly, the deadline to submit the revised privilege log is hereby extended to 11:59 p.m. on September 2, 2022. **IT IS SO ORDERED.**

DATED this 18th day of August, 2022.

UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

I, the undersigned, certify under penalty of perjury that on August 18, 2022, or as soon thereafter as possible, copies of the foregoing Stipulation was served electronically by the Court's ECF system to all parties and their attorneys of record or other persons requesting or entitled to service of filings in this proceeding.

*Philip H. Stillman*
Philip H. Stillman *pro se*