Kent R. Robison, Esq.
Michael A. Burke, Esq.
Hannah E. Winston, Esq.
**ROBISON, SHARP, SULLIVAN & BRUST**
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Emails: krobison@rssblaw.com
mburke@rssblaw.com
hwinston@rssblaw.com

*Attorneys for Proposed Intervenor Rebecca Flynn-Williams*
*As Successor Trustee for the Laima Flynn Trust*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL J. FLYNN and PHILIP STILLMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>MICHAEL E. LOVE, an individual; and JACQUELINE LOVE, an individual; MICHAEL E. LOVE as TRUSTEE OF THE MICHAEL LOVE FAMILY TRUST; MELECO, INC., a Nevada corporation; and DOES 1-10,<br><br>    Defendants.<br><br>REBECCA FLYNN-WILLIAMS, AS SUCCESSOR TRUSTEE OF THE LAIMA FLYNN TRUST,<br><br>    Intervenor | Case No.: 3:19-CV-00239- MMD-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO OPPOSE AND REPLY TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>(First Request) |

Plaintiffs MICHAEL J. FLYNN (individually, "Flynn") and PHILIP STILLMAN ("Stillman"), in proper person (collectively, "Plaintiffs"), and Defendants MICHAEL E. LOVE, JACQUELINE LOVE, MICHAEL E. LOVE as Trustee of the Michael Love Family Trust, and MELECO, INC. (collectively, "Defendants"), through their attorneys of record, and Intervenor REBECCA FLYNN-WILLIAMS, AS SUCCESSOR TRUSTEE OF LAIMA FLYNN TRUST (the "Trust"), represented by Kent R. Robison, Esq., Michael A. Burke, Esq., and Hannah E. Winston, Esq., of the law offices Robison, Sharp, Sullivan & Brust, hereby stipulate to extend the time to file an opposition and reply to Defendants' Motion for Partial Summary Judgment

(ECF 265). The current deadline to file the opposition is September 28, 2022, and current deadline to file the reply is October 5, 2022. The parties request extensions to file the opposition on or before October 5, 2022, and to file the reply on or before October 28, 2022.

The Parties hereby agree that the above requested extension is made in good faith and not for the purpose of delay. This is the Parties' first request for an extension of time to respond to Defendant's Motion for Partial Summary Judgment.

**IT IS SO STIPULATED.**

DATED this 27th day of September, 2022.

/s/ *Michael J. Flynn*
MICHAEL J. FLYNN, ESQ.
*In Proper Person*

DATED this 27th day of September, 2022.

/s/ *Philip Stillman*
PHILIP STILLMAN, ESQ.
*In Proper Person*

DATED this 27th day of September, 2022.

ROBISON, SHARP, SULLIVAN & BRUST
71 Washington Street
Reno, Nevada  89503

/s/ *Michael A. Burke*
KENT R. ROBISON
MICHAEL A. BURKE
HANNAH E. WINSTON
*Attorneys for the Rebecca Flynn- Williams
As Successor Trustee for the Laima Flynn Trust*

///

///

///

DATED this 27th day of September, 2022

>GREENBERG TRAURIG, LLP
>10845 Griffith Peak Drive, Suite 600
>Las Vegas, Nevada 89135
>
>/s/ *Mark E. Ferrario*
>MARK E. FERRARIO, ESQ.
>JASON K. HICKS, ESQ.
>*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this 28th day of September, 2022

_____
UNITED STATES DISTRICT JUDGE