Kent R. Robison, Esq., (NSB# 1167)
Michael A. Burke, Esq., (NSB# 11527)
Hannah E. Winston, Esq. (NSB# 14520)
**ROBISON, SHARP, SULLIVAN & BRUST**
71 Washington Street
Reno, Nevada 89503
Telephone:     (775) 329-3151
Emails: krobison@rssblaw.com
            mburke@rssblaw.com
            hwinston@rssblaw.com

*Attorneys for Proposed Intervenor Rebecca Flynn- Williams*
*As Successor Trustee for the Laima Flynn Trust*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL J. FLYNN and PHILIP STILLMAN,<br><br>                    Plaintiffs,<br><br>vs.<br><br>MICHAEL E. LOVE, an individual; and JACQUELINE LOVE, an individual; MICHAEL E. LOVE as TRUSTEE OF THE MICHAEL LOVE FAMILY TRUST; MELECO, INC., a Nevada corporation; and DOES 1-10,<br>                    Defendants.<br><br>REBECCA FLYNN-WILLIAMS, AS SUCCESSOR TRUSTEE OF THE LAIMA FLYNN TRUST,<br>                    Intervenor<br>_____/ | Case No.: 3:19-CV-00239- MMD-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO OPPOSE DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>(Second Request) |

Plaintiffs MICHAEL J. FLYNN (individually, "Flynn") and PHILIP STILLMAN ("Stillman"), in proper person (collectively, "Plaintiffs"), and Defendants MICHAEL E. LOVE, JACQUELINE LOVE, MICHAEL E. LOVE as Trustee of the Michael Love Family Trust, and MELECO, INC. (collectively, "Defendants"), through their attorneys of record, and Intervenor REBECCA FLYNN-WILLIAMS, AS SUCCESSOR TRUSTEE OF LAIMA FLYNN TRUST (the "Trust"), represented by Kent R. Robison, Esq., Michael A. Burke, Esq., and Hannah E. Winston, Esq., of the law offices Robison, Sharp, Sullivan & Brust, hereby stipulate to extend the time to file an opposition to Defendants' Motion for Partial Summary Judgment (ECF 265). The

current deadline to file the opposition is October 5, 2022 pursuant to the First Request to extend the deadline to file the opposition (ECF 268).  Plaintiffs and the Trust request an extension to file the opposition on or before October 7, 2022.

The Parties hereby agree that the above requested extension is made in good faith and not for the purpose of delay.  The attorney taking the lead in drafting the joint opposition (Hannah E. Winston, Esq.) had a family emergency that unfortunately delayed finalizing the joint opposition by close of business on October 5, 2022.  Notwithstanding, the opposition will be finalized and filed no later than October 7, 2022.

**IT IS SO STIPULATED.**

DATED this 5th day of October, 2022.

/s/ *Michael J. Flynn*
MICHAEL J. FLYNN, ESQ.
*In Proper Person*

DATED this 5th day of October, 2022.

/s/ *Philip Stillman*
PHILIP STILLMAN, ESQ.
*In Proper Person*

DATED this 5th day of October, 2022.

ROBISON, SHARP, SULLIVAN & BRUST
71 Washington Street
Reno, Nevada  89503

/s/ *Michael A. Burke*
KENT R. ROBISON
MICHAEL A. BURKE
HANNAH E. WINSTON
*Attorneys for the Rebecca Flynn- Williams
As Successor Trustee for the Laima Flynn Trust*

/ / /

/ / /

/ / /

DATED this 5th day of October, 2022

> GREENBERG TRAURIG, LLP
> 10845 Griffith Peak Drive, Suite 600
> Las Vegas, Nevada 89135
>
> /s/ *Mark E. Ferrario*
> MARK E. FERRARIO, ESQ.
> JASON K. HICKS, ESQ.
> *Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this 6th day of October, 2022

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE