Philip H. Stillman (SBN 156861)
STILLMAN & ASSOCIATES
3015 North Bay Rd., Ste. B
Miami Beach, Florida 33140
Telephone: (888) 235-4279
Email: pstillman@stillmanassociates.com

Michael J. Flynn, Esq., *pro se*
PO Box 690
Rancho Santa Fe CA, 92067
Tel: (858) 775-7624
Email: mike@mjfesq.com

In *pro per*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. FLYNN and PHILIP STILLMAN,<br><br>                Plaintiffs,<br><br>vs.<br><br>MICHAEL E. LOVE, an individual; and JACQUELINE LOVE, an individual; MICHAEL E. LOVE as TRUSTEE OF THE MICHAEL LOVE FAMILY TRUST; MELECO, INC., a Nevada corporation; and DOES 1-10,<br><br>                Defendants. | Case No. 3:19-cv-00239- MMD-CLB<br><br>**ORDER GRANTING SECOND**<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO COMPEL PRODUCTION OF PRIVILEGED DOCUMENTS [DKT. 276] AND MOTION FOR SANCTIONS [DKT. 278]** |

WHEREAS on October 21, 2022, Defendants filed a Motion to Compel Production of Privileged Documents [ECF 276] and a Motion for Sanctions [ECF 278];

WHEREAS Oppositions to the Motions are currently due on or before November 18, 2022;

WHEREAS, plaintiff Philip Stillman injured his rotor cuff and underwent surgery on November 16 and will be unable to type for at least 11 days; and

WHEREAS Plaintiffs have requested an extension of time to file their Oppositions to the motions until December 2, 2022,

NOW THEREFORE IT IS STIPULATED by and between the parties through their attorneys of record that the time for filing Plaintiffs' Oppositions to the Motions at ECF 276 and 278 is hereby extended to 11:59 p.m. on December 2, 2022.  Defendants' Reply to the Oppositions shall also be extended to 11:59 p.m. on December 23, 2022.

STILLMAN & ASSOCIATES

By: _____
Philip H. Stillman
Attorney for Plaintiffs

MICHAEL J. FLYNN, ESQ.

By: *Michael J. Flynn*
Michael J. Flynn, *pro se*

ROBISON, SULLIVAN, SHARP & BRUST

By: *Michael Burke*
Attorneys for Intervenors

GREENBERG TRAURIG

/s/ *Mark Ferrario*
By: _____
Attorneys for Defendants

Having reviewed the above stipulation, the Court grants the parties' stipulation. However, no further extensions of time will be granted.

**IT IS SO ORDERED.**

Dated: November 17, 2022

By: _____
UNITED STATES MAGISTRATE JUDGE