# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| MICHAEL J. FLYNN, *et al.*,<br><br>              Plaintiffs,<br><br> v.<br><br>MICHAEL E. LOVE, *et al.*,<br><br>              Defendants. | Case No. 3:19-CV-00239-MMD-CLB<br><br>**ORDER LIFTING STAY AND DIRECTING PLAINTIFFS TO TURN OVER DISCOVERY** |

On March 16, 2023, the Court stayed its February 1, 2023 Order (ECF No. 311) related to Defendants' motions to compel pending resolution of objections by the District Court. (ECF No. 332.) On March 30, 2023, the District Court overruled the objections. (ECF No. 335.)

Accordingly, and in light of the order overruling the objections, the stay of the February 1, 2023 Order is hereby **LIFTED**. Plaintiffs shall turn over all requested discovery consistent with the February 1, 2023 Order (ECF No. 311) to Defendants by no later than **Wednesday, May 3, 2023**.

**IT IS SO ORDERED.**

DATE: April 3, 2023.

_____
UNITED STATES MAGISTRATE JUDGE