UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL J. FLYNN, *et. al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>MICHAEL LOVE, *et. al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:19-CV-00239-MMD-CLB<br><br>**ORDER ACKNOWLEDGING RESPONSE TO ORDER TO SHOW CAUSE**<br><br>[ECF No. 354] |

Plaintiff Philip Stillman ("Stillman"), responded to the Court's Order to Show Cause why he should not be sanctioned for his continued improper pattern of ghost-writing and violation of the Court's orders. (ECF No. 354.) The Court acknowledges Stillman's candor and apology in the response as well as his representation that if a document only relates to his co-Plaintiff Michael Flynn, Stillman will make sure that it is filed by Flynn. (*Id.*) Therefore, no further action will be taken on the Order to Show Cause.

The Court notes for <u>a final time</u>, that any further improper behavior by Stillman will result in referrals to the State Bars for which he is licensed, and any other sanctions that the Court may deem appropriate.

**DATED**: May 30, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**