Philip H. Stillman (SBN 156861)
STILLMAN & ASSOCIATES
3015 North Bay Rd., Ste. B
Miami Beach, Florida 33140
Telephone: (888) 235-4279
Email: pstillman@stillmanassociates.com

Michael J. Flynn, Esq., *pro se*
PO Box 690
Rancho Santa Fe CA, 92067
Tel: (858) 775-7624
Email: mike@mjfesq.com

In *pro per*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. FLYNN and PHILIP STILLMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>MICHAEL E. LOVE, an individual; and JACQUELINE LOVE, an individual; MICHAEL E. LOVE as TRUSTEE OF THE MICHAEL LOVE FAMILY TRUST; MELECO, INC., a Nevada corporation; and DOES 1-10,<br><br>    Defendants. | Case No. 3:19-cv-00239- MMD-CBC<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR TERMINATING SANCTIONS [ECF NO. 357]** |

WHEREAS on July 7, 2023, Defendants filed a Motion For Terminating Sanctions Against Plaintiffs [ECF No. 357] ("Sanction Motion");

WHEREAS Oppositions to the Sanction Motion is currently due on or before July 21, 2023; and

---

1

STIPULATION FOR EXTENSION OF TIME TO SUBMIT OPPOSITION

WHEREAS Plaintiffs have requested an extension of time to file their Opposition to the Sanction Motion until July 28, 2023;

NOW THEREFORE IT IS STIPULATED by and between the parties through their attorneys of record that the time for filing Plaintiffs' Opposition to the Sanction Motion is hereby extended to 11:59 p.m. on July 28, 2023. Defendants' Reply to the Oppositions shall also be extended by an additional seven days to 11:59 p.m. on August 4, 2023.

STILLMAN & ASSOCIATES

By: _____
Philip H. Stillman
Attorney for Plaintiffs

MICHAEL J. FLYNN, ESQ.

By: *Michael J. Flynn*
Michael J. Flynn, *pro se*

ROBISON, SULLIVAN, SHARP & BRUST

By: *Michael Burke*
Attorneys for Intervenors

GREENBERG TRAURIG

/s/ *Mark Ferrario*
By: _____
Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: July 24, 2023

By: _____
Chief U.S. District Judge

**PROOF OF SERVICE**

I, the undersigned, certify under penalty of perjury that on July 20, 2023, or as soon thereafter as possible, copies of the foregoing Stipulation was served electronically by the Court's ECF system to all parties and their attorneys of record or other persons requesting or entitled to service of filings in this proceeding.

*Philip H. Stillman*
Philip H. Stillman *pro se*