**GREENBERG TRAURIG, LLP**
MARK E. FERRARIO
Nevada Bar No. 1625
JASON K. HICKS
Nevada Bar No. 13149
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: 702-792-3773; Facsimile: 702-792-9002
Email: ferrariom@gtlaw.com; hicksja@gtlaw.com

VINCENT H. CHIEFFO
*Admitted Pro Hac Vice*
JULIANNA M. SIMON
*Admitted Pro Hac Vice*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: 310-586-7700; Facsimile: 310-586-7800
Email: chieffov@gtlaw.com; simonju@gtlaw.com

*Attorneys for Defendants/Counter-Complainant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. FLYNN, and PHILIP STILLMAN, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL E. LOVE, an individual; and JACQUELINE LOVE, an individual; MICHAEL E. LOVE as TRUSTEE OF THE MICHAEL LOVE FAMILY TRUST; MELECO, INC., a Nevada corporation; and DOES 1-10, <br><br> Defendants. <br><br> REBECCA FLYNN-WILLIAMS, AS SUCCESSOR TRUSTEE OF THE LAIMA FLYNN TRUST, <br><br> Intervenor and Counter-claim Defendant. <br><br> MICHAEL E. LOVE, an individual, <br><br> Counter-Complainant. | Case No.: 3:19-cv-239-MMD-CLB <br><br> **STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR TERMINATING SANCTIONS [ECF NO. 357]** |

Page **1** of 2

ACTIVE 689217644v1

1  WHEREAS, on July 7, 2023, Defendants filed a Motion For Terminating Sanctions Against Plaintiffs [ECF No. 357] ("Sanction Motion");

WHEREAS, on July 28, 2023, Plaintiffs filed their Opposition to the Sanction Motion [ECF No. 361];

WHEREAS, the deadline for Defendants to file a reply in support of the Sanction Motion is currently August 4, 2023; and

WHEREAS, Defendants have requested an extension of time until August 11, 2023 to file their reply in support of the Sanction Motion.

NOW THEREFORE IT IS STIPULATED by and between the parties through their attorneys of record that the time for filing Defendants' reply in support of the Sanction Motion is hereby extended to 11:59 p.m. on August 11, 2023, with the proviso that Defendants will not include additional evidence not submitted with their Sanctions Motion.

GREENBERG TRAURIG, LLP

By: */s/ Mark Ferrario*
Mark Ferrario

*Attorneys for Defendants/Counter-Complainant*

STILLMAN & ASSOCIATES

By: */s/ Philip H. Stillman*
Philip H. Stillman, *pro se*

MICHAEL J. FLYNN, ESQ.

By: */s/ Michael J. Flynn*
Michael J. Flynn, *pro se*

ROBISON, SULLIVAN, SHARP & BRUST

By: */s/ Michael Burke*
*Attorneys for Intervenors*

**IT IS SO ORDERED.**

Dated: August  3 , 2023

By: _____
Magistrate Judge of the District Court

ACTIVE 689217644v1