UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MICHAEL J. FLYNN, *et al.*,

                 Plaintiffs,

  v.

MICHAEL E. LOVE, *et al.*,

                 Defendants.

Case No. 3:19-CV-00239-MMD-CLB

**ORDER WITHDRAWING EX PARTE APPLICATION FOR A STATUS CONFERENCE RE SETTLEMENT**

[ECF No. 365]

      Before the Court is Plaintiffs Philip Stillman ("Stillman") and Michael Flynn's ("Flynn") (collectively referred to as "Plaintiffs") ex parte application for a status conference regarding settlement under Local Rule 16-2. (ECF No. 365.)

      In the ex parte "motion" Plaintiffs request the Court set a status conference "to ascertain the proper timing and wind-up of this case after the parties reached a settlement among the parties on Monday, August 14, 2023." (*Id.* at 2.) Thereafter, the parties filed a joint notice of settlement. (ECF No. 366.) The notice states that the Plaintiffs wish to withdraw the ex parte application. (*Id.*)

      Accordingly, the motion, (ECF No. 365), is deemed withdrawn. The parties shall either file a proposed stipulation to dismiss or a status report regarding settlement by no later than **Thursday, October 5, 2023.**

      **IT IS ORDERED.**

**DATE:** August 21, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**