GREENBERG TRAURIG, LLP
MARK E. FERRARIO
Nevada Bar No. 1625
JASON K. HICKS
Nevada Bar No. 13149
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: 702-792-3773; Facsimile: 702-792-9002
Email: ferrariom@gtlaw.com; hicksja@gtlaw.com

VINCENT H. CHIEFFO
*Admitted Pro Hac Vice*
JULIANNA M. SIMON
*Admitted Pro Hac Vice*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: 310-586-7700; Facsimile: 310-586-7800
Email: chieffov@gtlaw.com; simonj@gtlaw.com

*Attorneys for Defendants/Counter-Complainant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. FLYNN, and PHILIP STILLMAN, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL E. LOVE, an individual; and JACQUELINE LOVE, an individual; MICHAEL E. LOVE as TRUSTEE OF THE MICHAEL LOVE FAMILY TRUST; MELECO, INC., a Nevada corporation; and DOES 1-10, <br><br> Defendants. | Case No.: 3:19-cv-239-MMD-CLB <br><br> **STIPULATION AND [PROPOSED] FINAL ORDER OF VOLUNTARY DISMISSAL** |
| REBECCA FLYNN-WILLIAMS, AS SUCCESSOR TRUSTEE OF THE LAIMA FLYNN TRUST, <br><br> Intervenor and Counter-claim Defendant. | |
| MICHAEL E. LOVE, an individual, <br><br> Counter-Complainant. | |

Page **1** of **2**

ACTIVE 690081167

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff/Counter Defendant Michael J. Flynn, Plaintiff/Counter Defendant Phillip Stillman, Intervenor and Counter Claim Defendant Rebecca Flynn-Williams, as Successor Trustee of the Laima Flynn Trust, Defendants/Counter Complainants Michael E. Love individually and in his capacity ss Trustee of the Michael Love Family Trust, Jacqueline Love, and MELECO. Inc., hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to a dismissal with prejudice of all claims in this Action, with each party to pay its own costs and attorney's fees

Dated: October 18, 2023

GREENBERG TRAURIG, LLP

By: _____
VINCENT H. CHIEFFO, ESQ.
Admitted Pro Hac Vice
MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
JASON K. HICKS, ESQ.
Nevada Bar No. 13149
Attorneys for Defendants/Counter-Complainant

Dated: October 18, 2023

_____
Michael J. Flynn
Pro Se Plaintiff

Dated: October 18, 2023

_____
Philip H. Stillman
Pro Se Plaintiff

Dated: October 18, 2023

ROBISON, SHARP, SULLIVAN & BRUST

By: _____
Ken R. Robison
Attorneys for Intervenor and Counter Claim Defendant Rebecca Flynn-Williams, as Successor Trustee of the Laima Flynn Trust

SO ORDERED, this __15th__ day of __November__, 2023.

_____
United States. District Judge

Page 2 of 2

ACTIVE 690081167

**CERTIFICATE OF SERVICE**

  Pursuant to FRCP 5(b), I certify that I am an employee of ROBISON, SHARP, SULLIVAN & BRUST, and that on this date I caused to be served a true copy of the foregoing **STIPULATION AND [PROPOSED] FINAL ORDER OF VOLUNTARY DISMISSAL,** including any exhibits thereto, on all parties to this action by the method(s) indicated below:

\_\_\_\_  by placing an original or true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States mail at Reno, Nevada, addressed to:

\_\_\_\_  by personal delivery/hand delivery addressed to:

\_\_\_\_  by email addressed to:

 X  by using the Court's Electronic Notification System.

  DATED this 15th day of November, 2023.

         */s/ Christine O'Brien*
         Employee of Robison, Sharp, Sullivan & Brust

Robison, Sharp,
Sullivan & Brust
71 Washington St
Reno, NV 89503
(775) 329-3151